

CHL Loan Number: [REDACTED]
Fannie Mae #: [REDACTED]
Task ID #: [REDACTED]



# ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, BANK OF AMERICA, N.A., WHOSE ADDRESS IS 4909 SAVARESE CIRCLE, TAMPA, FL 33634, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage, as the same may have been consolidated, extended or modified, including all mortgages that have been consolidated therewith, with all interest secured thereby, all liens, and any rights due or to become due thereon to FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 3900 WISCONSIN AVENUE, NW, 8H-309, WASHINGTON, DC 20016, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage dated 03/04/2008, made by BRAHMS PLACENCIA to BANK OF AMERICA, N.A. in the principal sum of $232,750.00 and recorded on 03/12/2008 in Book 12630 and Page 1271, in the office of the Registry of ORANGE County, NY.
This mortgage(s) has not been assigned of record.

Property Address: 83 ROLLING MEADOWS ROAD
MIDDLETOWN, NY 10940

This Assignment is not subject to the requirements of section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

Dated on  7 / 9 /2018 (MM/DD/YYYY)
BANK OF AMERICA, N.A., by NATIONWIDE TITLE CLEARING, INC., its Attorney-in-Fact
Whose Address Is: 4909 SAVARESE CIRCLE
TAMPA, FL 33634

By: _____
Ercilia Green
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

By: _____
Alan Baker
WITNESS

STATE OF FLORIDA, COUNTY OF PINELLAS
Before me, on 7 / 9 /2018 (MM/DD/YYYY), the undersigned, personally appeared Ercilia Green as VICE PRESIDENT for NATIONWIDE TITLE CLEARING, INC. as Attorney-in-Fact for BANK OF AMERICA, N.A., personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that they executed the same in their capacity(ies), and that by their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Sheilah Morris
Notary Public - State of FLORIDA
Commission expires: 10/13/2020

SHEILAH MORRIS
Notary Public - State of Florida
My Commission #GG 38533
Expires October 13, 2020

Document Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: Fannie Mae, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683

FNMA1 402620651  2017NPL3-LS1861-SALE    $55.50  DOCR T251806-05:26:39 [C-2]  FRMNYR1

(S/B/L) Section: 89 Block: 1 Lot: 4

*D0031373072*

# ORANGE COUNTY – STATE OF NEW YORK
## ANN G. RABBITT, COUNTY CLERK
255 MAIN STREET
GOSHEN, NEW YORK 10924

**COUNTY CLERK'S RECORDING PAGE**
***THIS PAGE IS PART OF THE DOCUMENT – DO NOT DETACH***

Recording:

| | |
|---|---|
| Recording Fee | 30.00 |
| Cross References | 0.50 |
| Cultural Ed | 14.25 |
| Records Management - Coun | 1.00 |
| Records Management - Stat | 4.75 |
| **Total:** | **50.50** |

**** NOTICE: THIS IS NOT A BILL ****

BOOK/PAGE: 14434 / 1281
INSTRUMENT #: 20180053181

Receipt#: 2523479
Clerk: PM
Rec Date: 07/23/2018 11:16:58 AM
Doc Grp: RP
Descrip: AST
Num Pgs: 2
Rec'd Frm: NATIONWIDE TITLE CLEARING

Party1: BANK OF AMERICA
Party2: FEDERAL NATIONAL MTG ASSN
Town: WALLKILL (TN)
        89-1-4

Payment Type:   Check ____
                Cash ____
                Charge ____
                No Fee ____

Comment: _____

*Ann G. Rabbitt*
Ann G. Rabbitt
Orange County Clerk

Record and Return To:

FANNIE MAE
C/O NATIONWIDE TITLE CLEARING INC
2100 ALT 19 NORTH
PALM HARBOR FL 34683

# ORANGE COUNTY – STATE OF NEW YORK
ANN G. RABBITT, COUNTY CLERK
255 MAIN STREET
GOSHEN, NEW YORK 10924

## COUNTY CLERK'S RECORDING PAGE
***THIS PAGE IS PART OF THE DOCUMENT – DO NOT DETACH***

Recording:

| | |
|---|---:|
| Recording Fee | 35.00 |
| Cross References | 0.50 |
| Cultural Ed | 14.25 |
| Records Management - Coun | 1.00 |
| Records Management - Stat | 4.75 |
| **Total:** | **55.50** |

**** NOTICE: THIS IS NOT A BILL ****

BOOK/PAGE: 14434 / 1283
INSTRUMENT #: 20180053182

Receipt#: 2523479
Clerk: PM
Rec Date: 07/23/2018 11:16:59 AM
Doc Grp: RP
Descrip: AST
Num Pgs: 3
Rec'd Frm: NATIONWIDE TITLE CLEARING

Party1: FEDERAL NATIONAL MTG ASSN
Party2: US BANK TRUST    TR
Town: WALLKILL (TN)
       89-1-4

Payment Type:   Check _____
                Cash  _____
                Charge _____
                No Fee _____

Comment: _____

Record and Return To:

FANNIE MAE
C/O NATIONWIDE TITLE CLEARING INC
2100 ALT 19 NORTH
PALM HARBOR FL 34683

Ann G. Rabbitt
Orange County Clerk

CHL Loan Number
Fannie Mae #
Task ID #

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 14221 DALLAS PARKWAY, SUITE 1000, DALLAS, TX 75254, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage, as the same may have been consolidated, extended or modified, including all mortgages that have been consolidated therewith, with all interest secured thereby, all liens, and any rights due or to become due thereon to U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST, WHOSE ADDRESS IS 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage dated 03/04/2008, made by BRAHMS PLACENCIA to BANK OF AMERICA, N.A. in the principal sum of $232,750.00 and recorded on 03/12/2008 in Book 12630 and Page 1271, in the office of the Registry of ORANGE County, NY.
See Exhibit attached for Assignments, Modifications etc.
Property Address: 83 ROLLING MEADOWS ROAD
MIDDLETOWN, NY 10940

This Assignment is not subject to the requirements of section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

Dated on   2 / 9 /2018 (MM/DD/YYYY).
FEDERAL NATIONAL MORTGAGE ASSOCIATION, by NATIONWIDE TITLE CLEARING, INC., its Attorney-in-Fact
Whose Address Is: 14221 DALLAS PARKWAY
SUITE 1000

By: _____
Ercilia Green
VICE PRESIDENT
All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

By: _____
Alan Baker
WITNESS

STATE OF FLORIDA   COUNTY OF PINELLAS
Before me, on ___ 2/9 ___/2018 (MM/DD/YYYY), the undersigned, personally appeared Ercilia Green as VICE PRESIDENT for NATIONWIDE TITLE CLEARING, INC. as Attorney-in-Fact for FEDERAL NATIONAL MORTGAGE ASSOCIATION, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that they executed the same in their capacity(ies), and that by their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Sheilah Morris
Notary Public - State of FLORIDA
Commission expires: 10/13/2020

SHEILAH MORRIS
Notary Public - State of Florida
My Commission #GG 88533
Expires October 13, 2020

Document Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: Fannie Mae, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683
FNMA1 403560844  2017NPL3-LS1861-SALE   $60.50  DOCR T271806-08:15:57 [C-3] FRMNYR1

(S/B/L) Section: 89 Block: 1 Lot: 4

Loan No:

Exhibit

Assignment: BANK OF AMERICA, N.A. TO FEDERAL NATIONAL MORTGAGE ASSOCIATION TO BE RECORDED CONCURRENTLY

*403560844*

*D0031405695*