Exhibit
F

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>In re:<br>       BRAHMS ELIAQUIN PLACENCIA<br><br><br>                     Debtor.<br>------------------------------------------------------------X | **Hearing Day and Time:**<br>May 19, 2020 at 11:00 am<br><br>Case No. 20-35386<br>Chapter 7 |

### ORDER PURSUANT TO 11 U.S.C. § 362(d)
### <u>MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)</u>

**MOTION HAVING BEEN MADE** to this Court by U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, by Caliber Home Loans, Inc., servicing agent/attorney in fact ("**Movant**"), by Notice of Motion dated April 14, 2020, for an Order: (i) modifying and terminating the Automatic Stay, in place pursuant to § 362(a) of the Title 11 of the United States Code (the "**Bankruptcy Code**"), to permit Movant to exercise all of its rights and remedies with respect to certain collateral known as 83 Rolling Meadows Road, Middletown, NY 10940 (the "**Property**") by virtue of § 362(d)(2) of the Bankruptcy Code; (ii) granting Movant the attorney fees and costs of this motion; and (iii) granting Movant such other further and different relief as may seem just, proper and equitable; and due notice of said motion having been given to the Debtor, Debtor's attorney, US Trustee, and the Trustee; and after due deliberation having been had; it is hereby

**ORDERED,** that the Automatic Stay, as to Movant, its agents, assigns or successors in interest, is hereby terminated so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Property; and it is further

**ORDERED,** that this Order vacating the automatic stay shall be binding and effective if the Debtor converts this case to another chapter under the U.S. Bankruptcy Code; and it is further

**ORDERED,** that, Movant may increase the amount of its mortgage balance by $350.00 in reasonable attorney's fees and $181.00 for the filing fee necessary to bring the present motion; and it is further

**ORDERED**, that unless specifically provided in loan documents signed by the debtor, the Movant may not collect fees, expenses, or other charges associated with a current or subsequent mortgage servicer; and it is further

**ORDERED,** that Movant shall promptly report to the trustee any surplus monies realized by any sale of the property.