Law Offices of

# Cohn & Roth, LLC

100 East Old Country Road
Mineola, NY 11501
(516)747-3030 Fax: (516) 747-3046

<u>Michael H. Cohn</u>
<u>William M. Roth</u>

Michael C. Nayar
Edward C. Klein
Kevin T, MacTiernan
Louis C, Greco

**VIA ECF/PACER**                                April 14, 2020
U.S. Bankruptcy Court
355 Main Street
Poughkeepsie, NY 12601
Attention: Clerk of the Court

|  |  |
|---|---|
| **RE:** | **Brahms Placencia** |
| **CASE NO.:** | **20-35386** |
| **CHAPTER:** | **7** |
| **ASSIGNED TO:** | **Hon. Cecelia G. Morris** |

Dear Sir or Madam:

    We represent U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, by Caliber Home Loans, Inc., servicing agent/attorney in fact ("**Movant**"). Movat hereby waives its 30-day time limitation under 11 U.S.C. §362(e) in which to obtain relief from the automatic stay.

    Very truly yours,

    /s/ Kevin T. MacTiernan
    Kevin T. MacTiernan

cc:

| | |
|---|---|
| United States Trustee | Brahms Placencia |
| Leo W. O'Brien Federal Buildng | P.O. Box 481 |
| 11A Clinton Avenue, Room 620 | Suffern, NY10901 |
| Albany, NY 12207 | Scott Urgell |
| | Ugell Law Firm, P.C |
| Fred Stevens | 151 North Main Street |
| Klestadt Winters Jureller Southard & Ste | Suite 202 |
| 200 West 41st Street | New City, NY 10956 |
| 17th Floor | |
| New York, NY 10036 | |