UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Case No. 20-35386 |
| BRAHMS ELIAQUIN PLACENCIA | Chapter 7 |
| Debtor. | |

-------------------------------------------------------------X  **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK,    )
                      )ss.:
COUNTY OF NASSAU,     )

Stacy Bonner, being duly sworn, deposes and says:

1. I am over the age of 18 years and reside at Nassau, New York.

2. On April 14, 2020, I served the within Notice of Motion, Memorandum of Law, Supporting Affirmation with exhibits, and Proposed Order upon the United States Trustee; Fred Stevens, Trustee; Scott Urgell, attorney for the Debtor; and Brahms Placencia, the Debtor, by depositing a true copy thereof in a properly sealed, postpaid Priority Mail envelope, in a post office box regularly maintained by the Post Office of the United States addressed as follows:

United States Trustee
Leo W. O'Brien Federal Buildng
11A Clinton Avenue, Room 620
Albany, NY 12207

Fred Stevens
Klestadt Winters Jureller Southard & Ste
200 West 41st Street
17th Floor
New York, NY 10036

Brahms Placencia
P.O. Box 481
Suffern, NY 10901

Scott Urgell
Ugell Law Firm, P.C
151 North Main Street
Suite 202
New City, NY 10956

that being the address designated on the latest papers served by them in this action.

Sworn to before me on                    /s/ Stacy Bonner
                                         Stacy Bonner
14th Day of April 2020

/s/Kevin T. MacTiernan
_____
Notary Public
No. 01MA6108632, Qualified in Nassau County, Commission Expires 4/19/20